IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11570
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EVANGELA ASBERRY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-068-14-A
- - - - - - - - - -
September 10, 1997
Before JOLLY, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Evangela Asberry appeals her sentence on the basis that the district court clearly erred in its conclusion that she was accountable for fifty kilograms or more of cocaine in a jointly undertaken criminal enterprise. The district court's factual findings at sentencing were not clearly erroneous. See United States v. McKinney, 53 F.3d 664, 677 (5th Cir.), cert. denied, 116 S. Ct. 261 (1995). Asberry's argument that the district

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court failed to make factual findings is not supported by the record.

Asberry's motion to supplement the record is GRANTED.

AFFIRMED.